1  STEPHEN P. BERZON, State Bar No. 46540
   JEFFREY B. DEMAIN, State Bar No. 126715
2  BARBARA J. CHISHOLM, State Bar No. 224656
   Altshuler, Berzon, Nussbaum, Rubin & Demain
3  177 Post Street, Suite 300
   San Francisco, California 94108
4  Telephone:   (415) 421-7151
   Facsimile:   (415) 362-8064
5
   Attorneys for Plaintiff
6

7
                    UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
9

10 AIR LINE PILOTS ASSOCIATION,              ) Case No. C 03-1449 PJH (JCS)
   INTERNATIONAL,                            )
11                                           ) STIPULATION REGARDING
              Plaintiff,                     ) PROPOSED ALTER EGO
12                                           ) LITIGATION SCHEDULE;
         v.                                  ) [~~PROPOSED~~] ORDER THEREON
13                                           )
   EMERY WORLDWIDE AIRLINES, INC., a         )
14 Nevada Corporation; EMERY AIR             )
   FREIGHT CORPORATION d/b/a EMERY           )
15 WORLDWIDE a/k/a EMERY FREIGHT             )
   FORWARDING, INC. a/k/a MENLO              )
16 WORLDWIDE, a Delaware Corporation; and    )
   CNF INC., a Delaware Corporation,         )
17                                           )
              Defendants.                    )
18 _____)

19

20                              **STIPULATION**

21      In its Further Case Management Order, this Court ordered the parties to submit a stipulation

22 regarding a schedule for resolving the alter ego issues in the above-captioned case. Further Case

23 Management Order, Docket No. 101, at 2:22-25. Pursuant thereto, the parties to this case hereby submit

24 the following stipulated proposed schedule for resolving the alter ego issues in this case:

25      1.   Non-Expert Discovery Cut-Off: July 31, 2006.

26      2.   Expert Reports (if any) Due: August 31, 2006.

27      3.   Expert Discovery (if any) Cut-Off: September 29, 2006.

28 ///

**STIP. RE: PROPOSED ALTER EGO LITIGATION SCHEDULE; [PROPOSED] ORDER THEREON**
*Air Line Pilots Ass'n, Int'l v. Emery Worldwide Airlines, Inc., et al.*, N.D. Cal. Case No. C 03-1449 PJH (JCS)

4. Last Day for Parties to Notify Each Other If They Intend to File a Summary Judgment Motion: September 29, 2006.

5. Summary Judgment Motion(s) Due (if any): November 1, 2006.

6. Trial Date (if no Summary Judgment Motions filed): December 4, 2006.

Finally, if any summary judgment motions are filed, the Court will schedule a status conference to set a trial date if necessary after the Court's resolution of the motion(s).

The foregoing proposed schedule is so stipulated and agreed.

Respectfully submitted,

STEPHEN P. BERZON
JEFFREY B. DEMAIN
BARBARA J. CHISHOLM
Altshuler, Berzon, Nussbaum, Rubin & Demain

Dated: November 15, 2005.   By: _____
Jeffrey B. Demain

Attorneys for Plaintiff

MICHAEL C. HALLERUD (CA BAR NO. 68971)
KENT JONAS (CA BAR NO. 55001)
THELEN, REID & PRIEST, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel.   415.371.1200
Fax    415.371.1211

Dated: November 15, 2005.   By: _____
Michael C. Hallerud

Attorneys for All Defendants

### [PROPOSED] ORDER

The foregoing litigation schedule for resolving the alter ego issues in the above-captioned case is **SO ORDERED**.

Dated: 11/17/05

_____
UNITED STATES DISTRICT JUDGE