MICHAEL C. HALLERUD, CA BAR NO. 068971
KENT JONAS, CA BAR NO. 55001
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel. 415.371.1200
Fax 415.371.1211

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>Plaintiff,<br><br>vs.<br><br>EMERY WORLDWIDE AIRLINES, INC., *et al.*,<br><br>Defendants. | Case No.: C03-1449 PJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(ii)]** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff AIR LINE PILOTS ASSOCIATION, INTERNATIONAL hereby dismisses this action with prejudice. Defendants CNF INC., EMERY WORLDWIDE AIRLINES, INC., and MENLO WORLDWIDE FORWARDING, INC., being all the defendants in this action, hereby stipulate to this dismissal. All parties stipulate further that each party shall bear its own attorneys' fees and costs.

Dated: August 8, 2006

THELEN REID & PRIEST LLP                    ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN

By _____/s/_____                          By _____/s/_____
   Michael C. Hallerud                         Stephen P. Berzon
   Attorneys for Defendants                    Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

-1-